# Exhibit 1

Registration Number

# VA 2-409-101

**Effective Date of Registration:**
May 30, 2024
**Registration Decision Date:**
August 22, 2024

## Title

**Title of Work:**   LORITO PEPE

## Completion/Publication

**Year of Completion:**   2015
**Date of 1st Publication:**   September 26, 2015
**Nation of 1st Publication:**   Argentina

## Author

- **Author:**   LEADER ENTERTAINMENT S.A.
**Author Created:**   3-D artwork
**Work made for hire:**   Yes
**Citizen of:**   Argentina
**Domiciled in:**   Argentina

## Copyright Claimant

**Copyright Claimant:**   LEADER ENTERTAINMENT S.A.
SAN JOSE 1277, CONSTITUCION, BUENOS AIRES, Argentina

## Rights and Permissions

**Name:**   Dayro Alfonso Estevez
**Email:**   dayro@alfonsoestevez.net
**Telephone:**   (786)712-7653
**Address:**   5410 W 10th Ln
Hialeah, FL 33012 United States

## Certification

**Name:** Dayro Alfonso Estevez
**Date**: May 30, 2024

**Registration Number**

# VA 2-409-102

**Effective Date of Registration:**
May 30, 2024
**Registration Decision Date:**
August 22, 2024

## Title

**Title of Work:** LA VACA LOLA

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** April 12, 2014
**Nation of 1st Publication:** Argentina

## Author

- **Author:** LEADER ENTERTAINMENT S.A.
**Author Created:** 3-D artwork
**Work made for hire:** Yes
**Citizen of:** Argentina
**Domiciled in:** Argentina

## Copyright Claimant

**Copyright Claimant:** LEADER ENTERTAINMENT S.A.
SAN JOSE 1277, CONSTITUCION, BUENOS AIRES, Argentina

## Rights and Permissions

**Name:** Dayro Alfonso Estevez
**Email:** dayro@alfonsoestevez.net
**Telephone:** (786)712-7653
**Address:** 5410 W 10th Ln
Hialeah, FL 33012 United States

## Certification

**Name:** Dayro Alfonso Estevez
**Date**: May 30, 2024

**Registration Number**

# VA 2-409-104

**Effective Date of Registration:**
May 30, 2024
**Registration Decision Date:**
August 22, 2024

## Title

**Title of Work:**    BARTOLITO

## Completion/Publication

**Year of Completion:**    2015
**Date of 1st Publication:**    September 12, 2015
**Nation of 1st Publication:**    Argentina

## Author

- **Author:**    LEADER ENTERTAINMENT S.A.
**Author Created:**    3-D artwork
**Work made for hire:**    Yes
**Citizen of:**    Argentina
**Domiciled in:**    Argentina

## Copyright Claimant

**Copyright Claimant:**    LEADER ENTERTAINMENT S.A.
SAN JOSE 1277, CONSTITUCION, BUENOS AIRES, Argentina

## Rights and Permissions

**Name:**    Dayro Alfonso Estevez
**Email:**    dayro@alfonsoestevez.net
**Telephone:**    (786)712-7653
**Address:**    5410 W 10th Ln
Hialeah, FL 33012 United States

## Certification

|  |  |
|---|---|
| **Name:** | Dayro Alfonso Estevez |
| **Date**: | May 30, 2024 |

---

| | |
|---|---|
| **Copyright Office notes:** | Basis for Registration: Registration based on deposited pictorial authorship describing, depicting, or embodying character(s). Compendium 313.4(H). |

**Registration Number**

# VA 2-411-390

**Effective Date of Registration:**
May 30, 2024
**Registration Decision Date:**
September 05, 2024

## Title

**Title of Work:**    ZENON

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** August 20, 2019
**Nation of 1st Publication:** Argentina

## Author

- **Author:** LEADER ENTERTAINMENT S.A.
  **Author Created:** 3-D artwork
  **Work made for hire:** Yes
  **Citizen of:** Argentina
  **Domiciled in:** Argentina

## Copyright Claimant

**Copyright Claimant:**    LEADER ENTERTAINMENT S.A.
SAN JOSE 1277, CONSTITUCION, BUENOS AIRES, Argentina

## Rights and Permissions

**Name:** Dayro Alfonso Estevez
**Email:** dayro@alfonsoestevez.net
**Telephone:** (786)712-7653
**Address:** 5410 W 10th Ln
Hialeah, FL 33012 United States

## Certification

|  |  |
|---|---|
| **Name:** | Dayro Alfonso Estevez |
| **Date**: | May 30, 2024 |

---

| | |
|---|---|
| **Copyright Office notes:** | Basis for Registration: Registration based on deposited pictorial authorship describing, depicting, or embodying character(s). Compendium 313.4(H). |