# Exhibit 2

# United States of America
## United States Patent and Trademark Office



**Reg. No. 6,624,657**

**Registered Jan. 25, 2022**

**Int. Cl.: 9, 16, 18, 25, 28, 35, 38, 41**

**Service Mark**

**Trademark**

**Principal Register**





Leader Music S.A. (ARGENTINA sociedad anonima (sa) )
San José 1277
Buenos Aires, ARGENTINA 00000

CLASS 9: Digital media, namely, pre-recorded downloadable audio and video recordings, CDs, DVDs, high definition digital discs, featuring live-action entertainment, animated entertainment, music and fiction stories; Audio books in the nature of fiction stories; Downloadable ringtones featuring music and other sounds, via a global computer network and wireless communication devices; audio and visual recordings featuring live-action entertainment, animated entertainment, music and fiction stories; Musical recordings; Downloadable electronic publications in the nature books in the field of children's stories in illustrated form; Computer game software downloadable from a global computer network; Downloadable mobile applications featuring animated entertainment and games; Downloadable and recorded video game software Downloadable and recorded computer game software; Downloadable and recorded computer software featuring learning activities for children

CLASS 16: Educational publications, namely, educational learning cards, flash cards, activity cards, workbooks, textbooks, activity books, story books, puzzle books, printed puzzles; Magazines featuring stories, games and activities for children; Almanacs; Blackboard erasers; Cardboard; Chalk; Drawing brushes; Drawing instruments; Drawing materials for blackboards; Drawing pencils; Drawing pens; Events albums; Figures made of paper; Label paper; Notebooks; Packing paper; Paint brushes; Paper; Paper mache figurines; coasters made of paper; paper napkins; Photo albums; Photograph albums; Photographs; Plastic adhesives for stationery or household purposes; Plastic or paper bags for merchandise packaging; Plastic sheets for wrapping and packaging; Scrapbook albums; Self-adhesive tapes for stationery and household purposes; rubber stamps; Stamp albums; Sticker albums; Stickers

CLASS 18: Backpacks; Coin purses; Handbags; Leather and imitation leather; Luggage; Parasols; Purses; Shoulder straps; Suitcases; Umbrellas; Wallets

CLASS 25: Caps being headwear; Children's and infant's apparel, namely, jumpers,

Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office

overall sleepwear, pajamas, rompers and one-piece garments; Children's and infants' cloth bibs; Children's cloth eating bibs; Children's headwear; Children's underwear; Footwear; Hats; Headwear; Shoes; Body suits for babies and children; Bottoms as clothing for babies and children; Coats for babies and children; Costumes for use in children's dress up play; Dresses for babies and children; Hats for infants, babies, toddlers and children; Headwear for babies and children; Hooded sweatshirts for babies and children; Jackets for babies and children; One-piece garments for children; Pajamas for babies and children; Pants for babies and children; Shirts for infants, babies, toddlers and children; Shoes for babies and children; Shorts for babies and children; Sweaters for babies and children; Sweatpants for babies and children; Sweatshirts for babies and children; T-shirts for babies and children; Tops as clothing for babies and children; Trousers for babies and children; Woven shirts for babies and children

CLASS 28: Musical toys; Plush dolls; Plush toys; Toy animals; Toys, namely, bean bag animals; Toys, namely, children's dress-up accessories; Baby multiple activity toys; Bath toys; Bendable toys; Board games; Building games; Card games; Checkers games; Chess games; Children's multiple activity toys; Chinese checkers as games; Christmas tree decorations; Christmas tree ornaments; Construction toys; Crib toys; Dice games; Drawing toys; Infant toys; Infant action crib toys; Infant development toys; Inflatable toys; Paper party favors; Paper party hats; Party blowouts; Party favor hats; Party favors in the nature of crackers and noisemakers; Party favors in the nature of small toys; Party games; Plastic party hats; Plush toys with attached comfort blanket; Pull toys; Punching toys; Rubber character toys; Smart plush toys; Soft sculpture plush toys; Stuffed toys; Stuffed and plush toys; Tabletop games; Water toys; Wind-up toys; Wind-up walking toys

CLASS 35: Wholesale and Retail store services featuring clothing, headwear, footwear, toys, dolls, games, figurines, videos, books, music, bed linen, bath linen, household linen, stationery, tableware, personal care items, hair accessories, holiday decorations, gift items and souvenirs collectibles, costumes, post cards, bags, backpacks, luggage, Umbrellas, computer software, computer games, school supplies, housewares, infantwear, CDs, DVDs; On-line wholesale and retail store services featuring clothing, headwear, footwear, toys, dolls, games, figurines, videos, books, music, bed linen, bath linen, household linen, stationery, tableware, personal care items, hair accessories, holiday decorations, gift items and souvenirs collectibles, costumes, post cards, bags, backpacks, luggage, Umbrellas, computer software, computer games, school supplies, housewares, infantwear, CDs, DVDs

CLASS 38: Broadcasting of radio and television programmes; Streaming of audio and video tethered downloads; Streaming of audio material on the Internet; Streaming of audio, visual and audiovisual material via a global computer network; Streaming of data; Streaming of video material on the Internet; Telecommunication services, namely, transmission of voice, data, graphics, images, audio and video by means of telecommunications networks, wireless communication networks, and the Internet; Transmission of digital files; Communications by computer terminals; Video-on-demand transmission

CLASS 41: Education services in the nature of early childhood instruction; Educational and entertainment services, namely, providing on-line interactive children's stories; Entertainment in the nature of ongoing television programs in the field of animated entertainment, music and fiction stories. Entertainment in the nature of theater productions; Entertainment services in the nature of live visual and audio performances by an actor; Entertainment services in the nature of production of motion pictures, television shows, multimedia entertainment content; Entertainment services, namely, providing on-line reviews of movies, books, music, computer games; Entertainment services, namely, providing online electronic games; Entertainment services, namely, providing online video games; Production of music; Production of musical sound recording; Production of radio or television programs; Production of radio programs; Providing on-line computer games; Theatre productions; Production and distribution of television shows and movies; Providing on-line resource guides for relatives concerning

children in the fields of education, recreation, and entertainment

PRIORITY CLAIMED UNDER SEC. 44(D) ON ARGENTINA APPLICATION NO. 3827579, FILED 08-14-2019, REG. NO. 3178567, DATED 06-25-2019, EXPIRES 06-25-2031

PRIORITY CLAIMED UNDER SEC. 44(D) ON ARGENTINA APPLICATION NO. 3827580, FILED 08-14-2019, REG. NO. 3178568, DATED 06-25-2019, EXPIRES 06-25-2031

PRIORITY CLAIMED UNDER SEC. 44(D) ON ARGENTINA APPLICATION NO. 3827581, FILED 08-14-2019, REG. NO. 3178569, DATED 06-25-2019, EXPIRES 06-25-2031

PRIORITY CLAIMED UNDER SEC. 44(D) ON ARGENTINA APPLICATION NO. 3827586, FILED 08-14-2019, REG. NO. 3176955, DATED 06-18-2019, EXPIRES 06-18-2031

PRIORITY CLAIMED UNDER SEC. 44(D) ON ARGENTINA APPLICATION NO. 3827583, FILED 08-14-2019, REG. NO. 3178571, DATED 06-25-2019, EXPIRES 06-25-2031

PRIORITY CLAIMED UNDER SEC. 44(D) ON ARGENTINA APPLICATION NO. 3827584, FILED 08-14-2019, REG. NO. 3178572, DATED 06-25-2019, EXPIRES 06-25-2031

PRIORITY CLAIMED UNDER SEC. 44(D) ON ARGENTINA APPLICATION NO. 3827585, FILED 08-14-2019, REG. NO. 3178573, DATED 06-25-2019, EXPIRES 06-25-2031

PRIORITY CLAIMED UNDER SEC. 44(D) ON ARGENTINA APPLICATION NO. 3827582, FILED 08-14-2019, REG. NO. 3178570, DATED 06-25-2019, EXPIRES 06-25-2031

The mark consists of the wording "ZENON" in stylized letters below of which appears a rectangle. Inside the rectangle appears the wording "THE FARMER" in stylized letters.

SER. NO. 88-667,659, FILED 10-24-2019

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office



**Reg. No. 6,823,426**

**Registered Aug. 23, 2022**

**Int. Cl.: 9, 16, 18, 25, 28, 35, 38, 41**

**Service Mark**

**Trademark**

**Principal Register**

Leader Music S.A.  (ARGENTINA sociedad anonima (sa) )
San José 1277
Buenos Aires, ARGENTINA 00000

CLASS 9: Digital media, namely, pre-recorded downloadable audio and video recordings, CDs, DVDs, high definition digital discs, featuring live-action entertainment, animated entertainment, music and fiction stories; Audio books in the nature of fiction stories; Downloadable ringtones featuring music and other sounds, via a global computer network and wireless communication devices; audio and visual recordings featuring live-action entertainment, animated entertainment, music and fiction stories; Musical recordings; Downloadable electronic publications in the nature books in the field of children's stories in illustrated form; Computer game software downloadable from a global computer network; Downloadable mobile applications featuring animated entertainment and games; Downloadable and recorded video game software; Downloadable and recorded computer game software; Downloadable and recorded computer software featuring learning activities for children

CLASS 16: Educational publications, namely, educational learning cards, flash cards, activity cards, workbooks, textbooks, activity books, story books, puzzle books, printed puzzles; Magazines featuring stories, games and activities for children; Almanacs; Blackboard erasers; Cardboard; Chalk; Drawing brushes; Drawing instruments; Drawing materials for blackboards; Drawing pencils; Drawing pens; Events albums; Figures made of paper; Label paper; Notebooks; Packing paper; Paint brushes; Paper; Paper mache figurines; coasters made of paper; paper napkins; Photo albums; Photograph albums; Photographs; Plastic adhesives for stationery or household purposes; Plastic or paper bags for merchandise packaging; Plastic sheets for wrapping and packaging; Scrapbook albums; Self-adhesive tapes for stationery and household purposes; rubber stamps; Stamp albums; Sticker albums; Stickers

CLASS 18: Backpacks; Coin purses; Handbags; Leather and imitation leather; Luggage; Parasols; Purses; Shoulder straps; Suitcases; Umbrellas; Wallets



*Katherine Kelly Vidal*

**Director of the United States Patent and Trademark Office**



CLASS 25: Caps being headwear; Children's and infant's apparel, namely, jumpers, overall sleepwear, pajamas, rompers and one-piece garments; Children's and infants' cloth bibs; Children's cloth eating bibs; Children's headwear; Children's underwear; Footwear; Hats; Headwear; Shoes; Body suits for babies and children; Bottoms as clothing for babies and children; Coats for babies and children; Costumes for use in children's dress up play; Dresses for babies and children; Hats for infants, babies, toddlers and children; Headwear for babies and children; Hooded sweatshirts for babies and children; Jackets for babies and children; One-piece garments for children; Pajamas for babies and children; Pants for babies and children; Shirts for infants, babies, toddlers and children; Shoes for babies and children; Shorts for babies and children; Sweaters for babies and children; Sweatpants for babies and children; Sweatshirts for babies and children; T-shirts for babies and children; Tops as clothing for babies and children; Trousers for babies and children; Woven shirts for babies and children

CLASS 28: Musical toys; Plush dolls; Plush toys; Toy animals; Toys, namely, bean bag animals; Toys, namely, children's dress-up accessories; Baby multiple activity toys; Bath toys; Bendable toys; Board games; Building games; Card games; Checkers games; Chess games; Children's multiple activity toys; Chinese checkers as games; Christmas tree decorations; Christmas tree ornaments; Construction toys; Crib toys; Dice games; Drawing toys; Infant toys; Infant action crib toys; Infant development toys; Inflatable toys; Paper party favors; Paper party hats; Party blowouts; Party favor hats; Party favors in the nature of crackers and noisemakers; Party favors in the nature of small toys; Party games; Plastic party hats; Plush toys with attached comfort blanket; Pull toys; Punching toys; Rubber character toys; Smart plush toys; Soft sculpture plush toys; Stuffed toys; Stuffed and plush toys; Tabletop games; Water toys; Wind-up toys; Wind-up walking toys

CLASS 35: Wholesale and Retail store services featuring clothing, headwear, footwear, toys, dolls, games, figurines, videos, books, music, bed linen, bath linen, household linen, stationery, tableware, personal care items, hair accessories, holiday decorations, gift items and souvenirs collectibles, costumes, post cards, bags, backpacks, luggage, Umbrellas, computer software, computer games, school supplies, housewares, infantwear, CDs, DVDs; On-line wholesale and retail store services featuring clothing, headwear, footwear, toys, dolls, games, figurines, videos, books, music, bed linen, bath linen, household linen, stationery, tableware, personal care items, hair accessories, holiday decorations, gift items and souvenirs collectibles, costumes, post cards, bags, backpacks, luggage, Umbrellas, computer software, computer games, school supplies, housewares, infantwear, CDs, DVDs

CLASS 38: Broadcasting of radio and television programmes; Streaming of audio and video tethered downloads; Streaming of audio material on the Internet; Streaming of audio, visual and audiovisual material via a global computer network; Streaming of data; Streaming of video material on the Internet; Telecommunication services, namely, transmission of voice, data, graphics, images, audio and video by means of telecommunications networks, wireless communication networks, and the Internet; Transmission of digital files; Communications by computer terminals; Video-on-demand transmission

CLASS 41: Education services in the nature of early childhood instruction; Educational and entertainment services, namely, providing on-line interactive children's stories; Entertainment in the nature of ongoing television programs in the field of animated entertainment, music and fiction stories. Entertainment in the nature of theater productions; Entertainment services in the nature of live visual and audio performances by an actor; Entertainment services in the nature of production of motion pictures, television shows, multimedia entertainment content; Entertainment services, namely, providing on-line reviews of movies, books, music, computer games; Entertainment services, namely, providing online electronic games; Entertainment services, namely, providing online video games; Production of music; Production of musical sound recording; Production of radio or television programs; Production of radio programs; Providing on-line computer games; Theatre productions; Production and distribution of

television shows and movies; Providing on-line resource guides for relatives concerning children in the fields of education, recreation, and entertainment

OWNER OF ARGENTINA , REG. NO. 2.919.559, DATED 12-15-2017, EXPIRES 12-15-2027

OWNER OF ARGENTINA , REG. NO. 3.256.333, DATED 01-21-2022, EXPIRES 01-21-2032

OWNER OF ARGENTINA , REG. NO. 2.919.559, DATED 12-15-2017, EXPIRES 12-15-2027

OWNER OF ARGENTINA , REG. NO. 3.146.847, DATED 03-05-2021, EXPIRES 03-05-2031

OWNER OF ARGENTINA , REG. NO. 3.146.852, DATED 03-05-2021, EXPIRES 03-05-2031

OWNER OF ARGENTINA , REG. NO. 3.146.849, DATED 03-05-2021, EXPIRES 03-05-2031

OWNER OF ARGENTINA , REG. NO. 3.146.850, DATED 03-05-2021, EXPIRES 03-05-2031

OWNER OF ARGENTINA , REG. NO. 3.146.851, DATED 03-05-2021, EXPIRES 03-05-2031

OWNER OF ARGENTINA , REG. NO. 3.146.848, DATED 03-05-2021, EXPIRES 03-05-2031

PRIORITY CLAIMED UNDER SEC. 44(D) ON ARGENTINA APPLICATION NO. 3823941, FILED 07-30-2019

The mark consists of the wording LA GRANJA in stylized letters below of which appears a rectangle. Inside the rectangle appears the wording DE ZENÓN in stylized letters.

The English translation of LA GRANJA DE in the mark is THE FARM OF.

SER. NO. 88-667,586, FILED 10-24-2019

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# LA VACA LOLA

**Reg. No. 7,082,813**

**Registered Jun. 20, 2023**

**Int. Cl.: 9, 16, 18, 21, 25, 28, 29, 35, 38, 41**

**Service Mark**

**Trademark**

**Principal Register**

Leader Music S.A.  (ARGENTINA sociedad anonima (sa) )
San José 1277
Buenos Aires, ARGENTINA 00000

CLASS 9: Digital media, namely, pre-recorded downloadable audio and video recordings, CDs, DVDs, high definition digital discs, featuring live-action entertainment, animated entertainment, music and fiction stories; Audio books in the nature of fiction stories; Downloadable ringtones featuring music and other sounds, via a global computer network and wireless communication devices; audio and visual recordings featuring live-action entertainment, animated entertainment, music and fiction stories; Musical recordings; Downloadable electronic publications in the nature books in the field of children's stories in illustrated form; Computer game software downloadable from a global computer network; Downloadable mobile applications featuring animated entertainment and games; Downloadable and recorded video game software Downloadable and recorded computer game software; Downloadable and recorded computer software featuring learning activities for children

CLASS 16: Almanacs; Blackboard erasers; Cardboard; Chalk; Drawing brushes; Drawing instruments; Drawing materials for blackboards; Drawing pencils; Drawing pens; Events albums; Figures made of paper; Notebooks; Packing paper; Paint brushes; Paper; Paper mache figurines; coasters made of paper; paper napkins; Photo albums; Photograph albums; Plastic or paper bags for merchandise packaging; Plastic sheets for wrapping and packaging; Scrapbook albums; rubber stamps

CLASS 18: Backpacks; Coin purses; Handbags; Leather and imitation leather; Luggage; Parasols; Purses; Shoulder straps; Suitcases; Umbrellas; Wallets

CLASS 21: Combs; Cups; Glass beverage ware; Glass mugs; Lunch boxes; Plates; Thermal insulated containers for food or beverages; Drinking glasses; Hair brushes; toothbrushes

CLASS 25: Caps being headwear; Children's and infant's apparel, namely, jumpers, overall sleepwear, pajamas, rompers and one-piece garments; Children's and infants' cloth bibs; Children's cloth eating bibs; Children's headwear; Children's underwear; Footwear; Hats; Headwear; Shoes; Body suits for babies and children; Bottoms as clothing for babies and children; Coats for babies and children; Costumes for use in children's dress up play; Dresses for babies and children; Hats for infants, babies, toddlers and children; Headwear for babies and children; Hooded sweatshirts for babies

_Katherine Kelly Vidal_

**Director of the United States Patent and Trademark Office**



and children; Jackets for babies and children; One-piece garments for children; Pajamas for babies and children; Pants for babies and children; Shirts for infants, babies, toddlers and children; Shoes for babies and children; Shorts for babies and children; Sweaters for babies and children; Sweatpants for babies and children; Sweatshirts for babies and children; T-shirts for babies and children; Tops as clothing for babies and children; Trousers for babies and children; Woven shirts for babies and children

CLASS 28: Musical toys; Plush dolls; Plush toys; Toy animals; Toys, namely, bean bag animals; Toys, namely, children's dress-up accessories; Baby multiple activity toys; Bath toys; Bendable toys; Board games; Building games; Card games; Checkers games; Chess games; Children's multiple activity toys; Chinese checkers as games; Christmas tree decorations; Christmas tree ornaments; Construction toys; Crib toys; Dice games; Drawing toys; Infant toys; Infant action crib toys; Infant development toys; Inflatable toys; Paper party favors; Paper party hats; Party blowouts; Party favor hats; Party favors in the nature of crackers and noisemakers; Party favors in the nature of small toys; Party games; Plastic party hats; Plush toys with attached comfort blanket; Pull toys; Punching toys; Rubber character toys; Smart plush toys; Soft sculpture plush toys; Stuffed toys; Stuffed and plush toys; Tabletop games; Water toys; Wind-up toys; Wind-up walking toys

CLASS 29: Milk; Milk beverages, milk predominating; Milk powder; Milk products excluding ice cream, ice milk and frozen yogurt; Milk shakes; Milk substitutes; Milk-based beverages with high milk content; Lactose-free milk

CLASS 35: Wholesales and Retail store services featuring clothing, headwear, footwear, toys, dolls, games, figurines, videos, books, music, bed linen, bath linen, household linen, stationery, tableware, personal care items, hair accessories, holiday decorations, gift items and souvenirs, collectibles, costumes, post cards, bags, backpacks, luggage, Umbrellas, computer software, computer games, school supplies, housewares, infantwear, CDs, DVDs; On-line wholesale and retail store services featuring clothing, headwear, footwear, toys, dolls, games, figurines, videos, books, music, bed linen, bath linen, household linen, stationery, tableware, personal care items, hair accessories, holiday decorations, gift items and souvenirs, collectibles, costumes, post cards, bags, backpacks, luggage, Umbrellas, computer software, computer games, school supplies, housewares, infantwear, CDs, DVDs

CLASS 38: Broadcasting of radio and television programmes; Streaming of audio and video tethered downloads; Streaming of audio material on the Internet; Streaming of audio, visual and audiovisual material via a global computer network; Streaming of data; Streaming of video material on the Internet; Telecommunication services, namely, transmission of voice, data, graphics, images, audio and video by means of telecommunications networks, wireless communication networks, and the Internet; Transmission of digital files; Communications by computer terminals; Video-on-demand transmission

CLASS 41: Education services in the nature of early childhood instruction; Educational and entertainment services, namely, providing on-line interactive children's stories; Entertainment in the nature of ongoing television programs in the field of animated entertainment, music and fiction stories. Entertainment in the nature of theater productions; Entertainment services in the nature of live visual and audio performances by an actor; Entertainment services in the nature of production of motion pictures, television shows, multimedia entertainment content; Entertainment services, namely, providing on-line reviews of movies, books, music, computer games; Entertainment services, namely, providing online electronic games; Entertainment services, namely, providing online video games; Production of music; Production of musical sound recording; Production of radio or television programs; Production of radio programs; Providing on-line computer games; Theatre productions; Production and distribution of television shows and movies; Providing on-line resource guides for relatives concerning children in the fields of education, recreation, and entertainment

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF ARGENTINA , REG. NO. 2.768.082, DATED 11-13-2015, EXPIRES 11-13-2025

OWNER OF ARGENTINA , REG. NO. 2.884.961, DATED 04-28-2017, EXPIRES 04-28-2027

OWNER OF ARGENTINA , REG. NO. 2.735.344, DATED 07-03-2015, EXPIRES 07-03-2025

PRIORITY CLAIMED UNDER SEC. 44(D) ON ARGENTINA APPLICATION NO. 3827601, FILED 08-14-2019, REG. NO. 3.175.956, DATED 06-18-2021, EXPIRES 06-18-2031

OWNER OF ARGENTINA , REG. NO. 2.735.342, DATED 07-03-2015, EXPIRES 07-03-2025

OWNER OF ARGENTINA , REG. NO. 3.178.572, DATED 06-25-2021, EXPIRES 06-25-2031

PRIORITY CLAIMED UNDER SEC. 44(D) ON ARGENTINA APPLICATION NO. 3827602, FILED 08-14-2019, REG. NO. 3.178.782, DATED 06-25-2021, EXPIRES 06-25-2031

PRIORITY CLAIMED UNDER SEC. 44(D) ON ARGENTINA APPLICATION NO. 3827603, FILED 08-14-2019, REG. NO. 3.176.972, DATED 06-18-2021, EXPIRES 06-18-2031

OWNER OF ARGENTINA , REG. NO. 2.735.340, DATED 07-03-2015, EXPIRES 07-03-2025

OWNER OF ARGENTINA , REG. NO. 2.735.339, DATED 07-03-2015, EXPIRES 07-03-2025

OWNER OF ARGENTINA , REG. NO. 2.735.341, DATED 07-03-2015, EXPIRES 07-03-2025

The English translation of LA VACA in the mark is THE COW.

SER. NO. 88-669,407, FILED 10-25-2019

<div style="border:1px solid black; padding:10px;">

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

</div>

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

# BARTOLITO

**Reg. No. 7,185,436**
**Registered Oct. 10, 2023**
**Int. Cl.: 9, 16, 18, 25, 28, 35, 38, 41**
**Service Mark**
**Trademark**
**Principal Register**

LEADER MUSIC S.A.  (ARGENTINA sociedad anonima (sa) )
San José 1277
Buenos Aires, ARGENTINA 00000

CLASS 9: Digital media, namely, pre-recorded downloadable audio and video recordings, CDs, DVDs, high definition digital discs, featuring live-action entertainment, animated entertainment, music and fiction stories; audio books in the nature of fiction stories; downloadable ringtones featuring music and other sounds, via a global computer network and wireless communication devices; audio and visual recordings featuring live-action entertainment, animated entertainment, music and fiction stories; musical recordings; downloadable electronic publications in the nature of books in the field of children's stories in illustrated form; computer game software downloadable from a global computer network; downloadable mobile applications featuring animated entertainment and games; downloadable video game software; downloadable computer game software; downloadable computer software featuring learning activities for children

CLASS 16: Advertising pamphlets; Albums for stamps, sticker, photo; Books in the field of activities for children; Brochures about activities for children; Cards, namely, greeting cards, note cards; Catalogs in the field of activities for children; Decals; Magazines in the field of activities for children; Stickers; Children's books; Decals and stickers for use as home decor; Self-Adhesive tapes for decorative purposes; Illustrations

CLASS 18: Backpacks; Coin purses; Handbags; Leather and imitation leather; Luggage; Parasols; Purses; Shoulder straps; Suitcases; Umbrellas; Wallets

CLASS 25: Children's and infant's apparel, namely, jumpers, overall sleepwear, pajamas, rompers and one-piece garments; Children's and infants' cloth bibs; Children's cloth eating bibs; Children's headwear; Children's underwear; Body suits for babies and children; Bottoms as clothing for babies and children; Coats for babies and children; Costumes for use in children's dress up play; Dresses for babies and children; Hats for infants, babies, toddlers and children; Headwear for babies and children; Hooded sweatshirts for babies and children; Jackets for babies and children; One-piece garments for children; Pajamas for babies and children; Pants for babies and children; Shirts for infants, babies, toddlers and children; Shoes for babies and children; Shorts for babies and children; Sweaters for babies and children; Sweatpants for babies and children; Sweatshirts for babies and children; T-shirts for babies and children; Tops as clothing

Katherine Kelly Vidal
Director of the United States
Patent and Trademark Office



for babies and children; Trousers for babies and children; Woven shirts for babies and children

CLASS 28: Musical toys; Plush dolls; Plush toys; Toy animals; Toys, namely, bean bag animals; Toys, namely, children's dress-up accessories; Baby multiple activity toys; Bath toys; Bendable toys; Board games; Building games; Card games; Checkers games; Chess games; Children's multiple activity toys; Chinese checkers as games; Christmas tree decorations; Christmas tree ornaments; Construction toys; Crib toys; Dice games; Drawing toys; Infant toys; Infant action crib toys; Infant development toys; Inflatable toys; Paper party favors; Paper party hats; Party blowouts; Party favor hats; Party favors in the nature of crackers and noisemakers; Party favors in the nature of small toys; Party games; Plastic party hats; Plush toys with attached comfort blanket; Pull toys; Punching toys; Rubber character toys; Smart plush toys; Soft sculpture plush toys; Stuffed toys; Stuffed and plush toys; Tabletop games; Water toys; Wind-up toys; Wind-up walking toys

CLASS 35: Business administration services; Business management; Organisation and conducting of product presentations; Wholesales and Retail store services featuring clothing, headwear, footwear, toys, dolls, games, figurines, videos, books, music, bed linen, bath linen, household linen, stationery, tableware, personal care items, hair accessories, holiday decorations, gift items and souvenirs, collectibles, costumes, post cards, bags, backpacks, luggage, Umbrellas, computer software, computer games, school supplies, housewares, infantwear, CDs, DVDs; On-line wholesale and retail store services featuring clothing, headwear, footwear, toys, dolls, games, figurines, videos, books, music, bed linen, bath linen, household linen, stationery, tableware, personal care items, hair accessories, holiday decorations, gift items and souvenirs, collectibles, costumes, post cards, bags, backpacks, luggage, Umbrellas, computer software, computer games, school supplies, housewares, infantwear, CDs, DVDs; Advertising

CLASS 38: Broadcasting of radio and television programmes; Streaming of audio and video tethered downloads; Streaming of audio material on the Internet; Streaming of audio, visual and audiovisual material via a global computer network; Streaming of data; Streaming of video material on the Internet; Telecommunication services, namely, transmission of voice, data, graphics, images, audio and video by means of telecommunications networks, wireless communication networks, and the Internet; Transmission of digital files; Communications by computer terminals; Video-on-demand transmission

CLASS 41: Education services in the nature of early childhood instruction; Educational and entertainment services, namely, providing on-line interactive children's stories; Entertainment in the nature of ongoing television programs in the field of animated entertainment, music and fiction stories; Entertainment in the nature of theater productions; Entertainment services in the nature of live visual and audio performances by an actor; Entertainment services in the nature of production of motion pictures, television shows, multimedia entertainment content; Entertainment services, namely, providing on-line reviews of movies, books, music, computer games; Entertainment services, namely, providing online electronic games; Entertainment services, namely, providing online video games; Production of music; Production of musical sound recording; Production of radio or television programs; Production of radio programs; Providing on-line computer games; Theatre productions; Production and distribution of television shows and movies; Providing on-line resource guides for relatives concerning children in the fields of education, recreation, and entertainment

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF ARGENTINA , REG. NO. 3154845, DATED 03-21-2021, EXPIRES 03-19-2031

OWNER OF ARGENTINA , REG. NO. 322972, DATED 10-28-2021, EXPIRES 10-

28-2031

OWNER OF ARGENTINA , REG. NO. 2948358, DATED 08-07-2018, EXPIRES 08-07-2028

OWNER OF ARGENTINA , REG. NO. 3.378.735, DATED 03-30-2023, EXPIRES 03-30-2033

OWNER OF ARGENTINA , REG. NO. 2927928, DATED 03-01-2018, EXPIRES 03-01-2028

OWNER OF ARGENTINA , REG. NO. 2852689, DATED 11-25-2016, EXPIRES 11-25-2026

OWNER OF ARGENTINA , REG. NO. 2852690, DATED 11-25-2016, EXPIRES 11-25-2026

OWNER OF ARGENTINA , REG. NO. 2852688, DATED 11-25-2016, EXPIRES 11-25-2026

The name(s), portrait(s), and/or signature(s) shown in the mark does not identify a particular living individual.

SER. NO. 90-015,733, FILED 06-23-2020

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# TRADEMARK ASSIGNMENT COVER SHEET

Electronic Version v1.1
Stylesheet Version v1.2

ETAS ID: TM866825

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | CHANGE OF NAME |

### CONVEYING PARTY DATA

| Name | Formerly | Execution Date | Entity Type |
|---|---|---|---|
| LEADER MUSIC S.A. | | 04/03/2023 | Corporation: ARGENTINA |

### RECEIVING PARTY DATA

| | |
|---|---|
| Name: | LEADER ENTERTAINMENT S.A. |
| Street Address: | San José 1277 |
| City: | Buenos Aires |
| State/Country: | ARGENTINA |
| Postal Code: | 1136 |
| Entity Type: | Sociedad Anonima: ARGENTINA |

### PROPERTY NUMBERS Total: 9

| Property Type | Number | Word Mark |
|---|---|---|
| Registration Number: | 6083950 | EL REINO INFANTIL |
| Registration Number: | 6811143 | DANCE KINGDOM |
| Registration Number: | 6624657 | ZENON THE FARMER |
| Registration Number: | 6742094 | LET'S PLAY KINGDOM |
| Registration Number: | 7185436 | BARTOLITO |
| Registration Number: | 7082813 | LA VACA LOLA |
| Registration Number: | 6823426 | LA GRANJA DE ZENÓN |
| Registration Number: | 6903707 | BICHI KIDS |
| Registration Number: | 7141462 | THE CHILDREN'S KINGDOM |

### CORRESPONDENCE DATA

**Fax Number:**

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

| | |
|---|---|
| Phone: | 7877223446 |
| Email: | serviciosmarcarios@yahoo.com |
| Correspondent Name: | Vivian Ortiz-Ponce |
| Address Line 1: | P.O. Box 9024163 |
| Address Line 4: | San Juan, PUERTO RICO 00902 |

| NAME OF SUBMITTER: | Vivian Ortiz-Ponce |
|---|---|

OP $240.00 6083950

| SIGNATURE: | /Vivian Ortiz-Ponce/ |
|---|---|
| DATE SIGNED: | 01/09/2024 |
| Total Attachments: 0 | |

**TRADEMARK**
**REEL: 008312 FRAME: 0025**

**THIS**

**PAGE**

**INTENTIONALLY**

**LEFT**

**BLANK**